E-FILED
Tuesday, 24 April, 2026 04:38:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 26-mj-6032 |
| v. | ) |
| | ) |
| SEAN E. LENCKUS, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, Special Agent Alexa Biresaw, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since approximately February 2023. As part of my duties as an FBI Special Agent, I investigate violent crimes, such as bank robberies and drug and weapons trafficking. I have training and experience in the conduct of criminal investigations and in methods used to commit criminal acts contrary to United States law. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal courts.

2. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, U.S.C. §

875(c) - Interstate Communication Threats have been committed by Sean E. Lenckus (LENCKUS). A warrant for the arrest of LENCKUS is requested.

3.      The information contained in this affidavit is personally known to me based on my training and experience, was gathered or revealed to me personally during the course of this investigation or was gathered or revealed to other sworn law enforcement officers during the course of this investigation and subsequently communicated to me. Additionally, unless otherwise indicated, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement. Furthermore, unless otherwise indicated, all statements contained in this affidavit are summaries in substance and in part.

4.      The following is a summary and not a complete rendition of all facts relevant to the investigation.

5.      On April 21, 2026, the FBI National Threat Operations Center (NTOC) received a tip from Google LLC (Google) regarding comments made by a YouTube User, identified as LENCKUS, who posted threats to kill African Americans in the comments sections of multiple YouTube videos. FBI Springfield personnel, to include your affiant, were subsequently notified of the tip.

6.      Your affiant reviewed the threat information provided by Google and observed                      that                   YouTube                      channel

2

https://www.youtube.com/channel/UCAKaeWVcCmjt2bIP4vO7nWA

(LENCKUS' Account), had a YouTube Channel Name "Sean L." and the YouTube

Channel Handle "@SeanL1991." I know from this investigation that LENCKUS

was born in 1991. In reviewing the materials from Google, I could see that the

LENCKUS' Account had posted the following comments[1] between February 26,

2023 and April 14, 2026:

> **Video Title:**
> DA Williams says 'rules change' when gun is placed in one's face regarding fatal armed robbery
> **Video URL:**
> https://www.youtube.com/watch?v=OlXd4PINjBQ
> **Comment Posted by LENCKUS:**
> "Typical nig thug. Gotta love killing them. We plan to kill more tonight. We're gonna go to their homes and lynch these nigs. WP"
> **Comment Date:**
> 2026-04-14 20:36:01 EST
>
> **Video Title:**
> Video: Man Shoots Robber...Family Calls for Murder Charge?
> **Video URL:**
> https://www.youtube.com/watch?v=HWuKcztcTR0
> **Comment Posted by LENCKUS:**
> "Shoot them all. Gotta kill some nigs. I'm about to kill some tonight."
> **Comment Date**:
> 2026-04-14 20:34:09 EST
>
> **Video Title:**

---

[1] For each comment posted Google provided the Comment ID, Comment Date, URL of the Video the comment was uploaded on, and the Comment Text. your affiant followed the URLs provided and located the Video Titles listed above.

3

Michigan Police Kill Black Man Already Being Attacked By Police Dog!!
**Video URL:**
https://www.youtube.com/watch?v=8Af5nJsXV-c
**Comment Posted by LENCKUS:**
"lol, he got what he deserved. Gotta love you nigs getting killed. God hates you and we will kill you. We're gonna kill you too and have your address. Love it. Kill nigs!"
**Comment Date:**
2026-04-14 20:33:10 EST

**Video Title:**
WATCH: Racist Bar Patron Grabs Black Woman by Hair, Drags Her Outside
**Video URL:**
https://www.youtube.com/watch?v=xJebXQylnMc
**Comment Posted by LENCKUS:**
"Good. Gonna lynch her. We have her address. We're gonna kill this nigger."
**Comment Date:**
2026-03-26 19:31:55 EST

**Video Title:**
UPDATE: Court Justifies Arrest of Black Pastor Watering Flowers
**Video URL:**
https://www.youtube.com/watch?v=vbPgk3L9YZs
**Comment Posted by LENCKUS:**
"Shoot this pastor and shoot you too. We will boy."
**Comment Date:**
2026-03-26 19:30:42 EST

**Video Title:**
Judge Goes Viral for Sentencing Teen to 25 Years Over Convenience Store Attack – Family Cries Out
**Video URL:**
https://www.youtube.com/watch?v=PJRg2XQfqBE
**Comment Posted by LENCKUS:**
"Fact of the matter is, we will deal with you and your people with the rope like it was back in the day. We're

going after this nig's family and are going to burn down their house and hang the nigs."
**Comment Date:**
2026-03-23 21:23:06 EST

**Video Title:**
Episode 2030 Scott Adams: Welcome To The Third Act. Don't Try This At Home
**Video URL:**
https://www.youtube.com/watch?v=fYXkMieE0CA
**Comment Posted by LENCKUS:**
"Blacks are pathetic. We have guns and we can use them against you folks."
**Comment Date:**
2023-02-26 6:16:24 EST

7. Your affiant reviewed the YouTube videos associated with the comments and found that Video https://www.youtube.com/watch?v=xJebXQylnMc, titled "WATCH: Racist Bar Patron Grabs Black Woman by Hair, Drags Her Outside", was posted by a news channel called Indisputable with Dr. Rashad Richey. The channel covered a story and showed footage of a white man violently dragging a Black woman out of an Illinois bar. The caption of the video provided the first name, last name, and age of the victimized black woman. According to the information provided by Google, LENCKUS' Account uploaded the comment to the video on March 26, 2026: "Good. Gonna lynch her. We have her address. We're gonna kill this nigger."

8. An open-source search of the incident depicted in the video to which LENCKUS was commenting showed that the incident occurred on December 23,

5

2025 at Mac & Frankie's Bar in Bradley, Illinois which is located approximately 87 miles from LENCKUS' residence in Bloomington, Illinois.

9. A further review of the information provided by Google confirmed that LENCKUS' Account was connected to the email account seanelenckus@gmail.com.

10. In turn, the seanelenckus@gmail.com address is associated with Google Account ID: 279069809027 and has an assigned name, Sean L.

11. There is also an alternate email address slenckus@protonmail.com, and the birthdate of the user is April 20, 1991. This is LENCKUS' birthdate.

12. Open-source queries of slenckus@protonmail.com associated with the Account showed that the email was associated with a PayPal user Sean Lenckus.

13. Further, the recovery SMS and phone number for the account was listed as phone number 1-815-280-9094. This is known to be LENCKUS' phone number.

14. Also, Google Payment Corp records provided by Google also showed that Google Wallet user seanelenckus@gmail.com was associated with LENCKUS' address at 1505 N. Hershey Rd. 2 Bloomington, Illinois 61704 and LENCKUS' phone number, 815-280-9094.

6

15. IP address information provided by Google showed that on March 3, 2026, IP address 107.152.7.99 was used to log into LENCKUS' account. A query of the IP address on whatismyipaddress.com showed that the IP address was located in Bloomington, Illinois. In addition, on January 1, 2026, IP address 2600:387:15:714::4 was used to log into LENCKUS' account through use of an iPhone.

16. On April 23, 2026, your affiant and an FBI Task Force Officer (TFO) interviewed LENCKUS at his residence located at 1505 N. Hershey Rd. 2 Bloomington, Illinois 61704, regarding the posted comments. LENCKUS confirmed that his phone number was 815-280-9094 and stated that slenckus@proton.me and seanelenckus@gmail.com were his email addresses.

17. LENCKUS stated that his YouTube username was something like "slenckus91". When he was shown a picture of YouTube Channel Name "Sean L", and YouTube Channel Handle "@SeanL1991", LENCKUS confirmed that the Account was his YouTube Account.

18. LENCKUS stated that he lives alone and was not aware of anyone else who would have access to his YouTube account.

19. LENCKUS admitted to using YouTube.

20. LENCKUS was shown a document that displayed the comments reported by Google and stated that he had posted most of the comments.

21. LENCKUS further indicated that he had an alcohol problem and sometimes got drunk at night and went on comments sites and viewed videos that annoyed him. LENCKUS stated he was planning to start down the path of sobriety. LENCKUS also stated had no intention of harming anyone and the comments came from "alcoholic rage."

22. When asked about the comment on March 26, 2026, where he wrote "We have her address," LENCKUS stated that he did not know any addresses.

### CONCLUSION

23. Based on the foregoing, your affiant believes there is probable cause that Sean E. Lenckus is the user of YouTube channel https://www.youtube.com/channel/UCAKaeWVcCmjt2bIP4vO7nWA, with YouTube Channel Name "Sean L", and YouTube Channel Handle "@SeanL1991." Further, your affiant believes there is probable cause to believe that violations of Title 18, U.S.C. § 875(c) – Interstate Communication Threats have been committed by Sean E. Lenckus, and request that an arrest warrant be issued.

24. I further request that the Court order that all papers in support of this complaint, including the affidavit, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is not public. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation.

8

Respectfully submitted,

s/redacted _____

Alexa Biresaw
Special Agent
Federal Bureau of Investigation

Attested to by the applicant by reliable electronic means, being telephone and electronic mail, in accordance with Fed. R. Crim. P. 4.1 on this 24th day of April 2026.

_____

Ronald L. Hanna
United States Magistrate Judge